UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-85-HA |
| v. | INDICTMENT |
| MELVIN JAMES BOLDS, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) and 853 |
| Defendant. | **UNDER SEAL** |

THE GRAND JURY CHARGES:

Count 1:
[Distribution of Cocaine Base]

On or about February 2, 2011, in the District of Oregon, **MELVIN JAMES BOLDS**, defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

///

///

## Count 2:
### [Distribution of Cocaine Base]

On or about July 1, 2010, in the District of Oregon, **MELVIN JAMES BOLDS**, defendant herein, did knowingly and intentionally distribute 28 grams or more of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 3:
### [Distribution of Cocaine Base]

On or about March 17, 2010, in the District of Oregon, **MELVIN JAMES BOLDS**, defendant herein, did knowingly and intentionally distribute 28 grams or more of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

///

///

///

**Criminal Forfeiture Allegation:**
[Narcotics Offense]

Upon conviction of a controlled substance offense listed above, **MELVIN JAMES BOLDS**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 23 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 3        Indictment