**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**ANNEMARIE SGARLATA, OSB #065061**
annemarie.sgarlata@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1156
Facsimile:     503-727-1117

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **11-CR-00085-HA** |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **MELVIN JAMES BOLDS** | |
| **Defendant.** | |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and AnneMarie Sgarlata, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

\\\

\\\

\\\

\\\

**PAGE 1**     BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
           *United States v. Bolds, 11-CR-00085-HA*

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

a 2003 Infiniti G35 Sedan vehicle, VIN JNKCV51E53M321405 and

$22,087.67 in United States currency.

DATED this 16th day of June, 2011

                                                  DWIGHT C. HOLTON
                                                  United States Attorney

                                                  ***/s/ AnneMarie Sgarlata***
                                                  ANNEMARIE SGARLATA
                                                  Assistant United States Attorney